**Dismissed and Memorandum Opinion filed October 29, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00049-CV

## PARKWAY CHEVROLET, INC., Appellant

## V.

## PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND KRISTEN DUCHARME, Appellees

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-51182**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 8, 2018. The clerk's record was filed March 13, 2019. No reporter's record or brief was filed.

On September 5, 2019, this court issued an order stating that unless appellant filed a brief on or before September 20, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.